**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Shane FELLS, a/k/a Quasim Yusef Johnson, a/k/a Q, Defendant-Appellant.**

No. 16-7202

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Shane Fells, Appellant Pro Se. David A. Bragdon, Matthew Fesak, Edward D. Gray, Assistant United States Attorneys, Lawrence Jason Cameron, Shailika S. Kotiya,. Joshua Bryan Royster, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shane Fells appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction under Amendment 782.* We have reviewed the record and conclude that the district court did not abuse its discretion in declining to grant a larger reduction in Fells' sentence. <u>See</u> <u>United States v. Mann</u>, 709 F.3d 301, 304 (4th Cir. 2013) (standard of review); <u>see also</u> <u>Dillon v. United States</u>, 560 U.S. 817, 825–27, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010) (explaining that § 3582(c)(2) proceeding is not full resentencing); <u>United States v. Smalls</u>, 720 F.3d 193, 195–96 (4th Cir. 2013) (recognizing that district court is presumed, absent contrary indication, to have considered relevant factors when ruling on § 3582(c)(2) motion). Accordingly, we affirm the district court's order. <u>United States v. Fells</u>, No. 3:94-cr-00046-H-1 (E.D.N.C. Aug. 30,

---

* Although the district court granted Fells' motion and sentenced Fells within the reduced amended Guidelines range, the reduction granted by the court was less than the reduction sought by Fells.

**272**

2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED